JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LINET ABOOLIAN, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>TARGET CORPORATION, a Minneapolis Corporation and DOES 1 to 10 inclusive<br><br>  Defendants. | CASE NO. 2:22-cv-06466-RGK-GJS<br><br>Judge: Hon. R. Gary Klausner<br>Temple Street Courthouse<br>Courtroom 850.<br><br>[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE  [20]<br><br>State Action Filed: July 26, 2022<br>Removal:  September 09, 2022 |

On April **17**, 2023, the parties jointly submitted a Stipulation of Dismissal, dismissing this entire action and claims herein against Target Corporation, with prejudice, to the Court. Accordingly, this action and all claims herein against Target Corporation are dismissed with prejudice, and the parties will bear their own respective attorneys' fees and costs. The Court shall retain jurisdiction to enforce the settlement agreement entered into by the Parties. **All pending dates on calendar are vacated.**

  IT IS SO ORDERED.

Dated: _____**April 18**_____, 2023    _/s/ Gary Klausner_
                   UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION